IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  07-1361 |
| ) | |
| ALL MONIES DUE DWAYNE THOMPSON, ) | |
| AMERICAN CONSULTING, INC. AND/OR ) | |
| REVENUE RECOVERY SYSTEMS, LLC BY ) | |
| CHERYL LYNN ADAMS AND/OR CLA ) | |
| CONSTRUCTION DIVERSIFIED, LLC; ) | |
| ) | |
| ALL MONIES DUE REVENUE RECOVERY ) | |
| SYSTEMS, LLC BY CHERYL LYNN ) | |
| ADAMS AND/OR CLA CONSTRUCTION ) | |
| DIVERSIFIED, LLC AT CIVIL CASE ) | |
| NUMBER GC037805 IN THE LOS ) | |
| ANGELES COUNTY SUPERIOR COURT; and ) | |
| ) | |
| ALL MONIES DUE DWAYNE THOMPSON ) | |
| AND/OR AMERICAN CONSULTING, INC. ) | |
| BY REVENUE RECOVERY SYSTEMS, LLC ) | |
| ) | |
| Defendants. ) | |

ORDER

AND NOW, this 20th day of Oct, 2007, upon consideration of the

United States' Application Requesting Issuance of Warrant of Arrest;

It is HEREBY ORDERED that the Clerk of the United States District Court for the Western

District of Pennsylvania shall forthwith issue one (1) warrant for arrest in rem of the Defendant

Property in the form of Exhibit "A" and four (4) certified copies of the same warrant to the United

States Attorney's Office. In connection with the arrest of the Defendant Property, the United States Marshal will seize and to take possession of the Defendant Property, thereby arresting it, until further order of the Court.

/s/ _____ J.